PROCEEDING MEMO

**Date: 09/14/2021 01:30 pm**

**In re:   Dorla O. Brooks**

**Bankruptcy No. 17-23661-CMB**
**Chapter: 13**
**Doc. # 74**

**Appearances: Kate DeSimone, Abagale Steidl, Maria Miksich**

**Nature of Proceeding: #74 Objection to Notice of Mortage Payment Change re Claim No. 5**

**Additional Pleadings:** Notice of Mortgage Payment Change dated 7/8/2021
#75 Notice of Hearing
#80 Response

**Judge's Notes:**
-Steidl: Debtor has passed away. Request dismissal without prejudice.
-There were no objections.
OUTCOME: Case is dismissed without prejudice. Order will be entered.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
9/15/21 8:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA