Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Dorla O. Brooks** | : | Case No. 17−23661−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

    *AND NOW,* this ***The 15th of September, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

    (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

    (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

    (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

    (4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 17-23661-CMB
Dorla O. Brooks                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 3
Date Rcvd: Sep 15, 2021      Form ID: 309      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorla O. Brooks, 250 Old National Pike, Brownsville, PA 15417-9334 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14691138 | | Beneficial Consumer Discount Company, PO Box 1231, Attn: Bankruptcy, Brandon, FL 33509-1231 |
| 15377604 | + | LSF10 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14741031 | + | LSF10 Master Participation Trust, Caliber Home Loans, Inc., P.O. Box 24330, Oklahoma City, OK 73124-0330 |
| 14691141 | + | MPF MGT LLC, P.O. Box 278, Bridgeville, PA 15017-0278 |
| 14793268 | + | Portfolio Recovery Associates, LLC PO Box 41067, Norfolk, VA 23541-1067 |
| 14691145 | + | Trident Asset Management, PO Box 888424, Atlanta, GA 30356-0424 |
| 14691146 | + | Trident Asset Management, 53 Perimeter Center East, Suite 550, Atlanta, GA 30346-2228 |
| 15393045 | | UMB Bank, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14691147 | | Uniontown Anesthesia Associates, PO Box 1464, Rutherford, NJ 07070 |
| 14691148 | | Uniontown Hospital, PO Box 951778, Cleveland, OH 44193-0190 |
| 14691149 | #+ | Washington County Tax Claim Bureau, 100 West Beau Street, Suite 205, Washington, PA 15301-4483 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Sep 16 2021 03:18:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14691137 | + | EDI: AQUAFINANCE.COM | Sep 16 2021 03:18:00 | Aqua Finance, P.O. Box 3256, Milwaukee, WI 53201-3256 |
| 14691136 | + | EDI: AQUAFINANCE.COM | Sep 16 2021 03:18:00 | Aqua Finance, 1 Corporate Drive, Wausau, WI 54401-1724 |
| 14691140 | | EDI: IRS.COM | Sep 16 2021 03:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14705465 | | EDI: AGFINANCE.COM | Sep 16 2021 03:18:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14691143 | + | EDI: AGFINANCE.COM | Sep 16 2021 03:18:00 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 14691142 | + | EDI: AGFINANCE.COM | Sep 16 2021 03:18:00 | One Main Financial, 6801 Colwall Blvd., Irving, TX 75039-3198 |
| 14691917 | + | EDI: RECOVERYCORP.COM | Sep 16 2021 03:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14736075 | | EDI: Q3G.COM | Sep 16 2021 03:18:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14730717 | | EDI: AIS.COM | | |

| District/off: 0315-2 | User: dsaw | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2021 | Form ID: 309 | Total Noticed: 24 |

|  |  | Sep 16 2021 03:18:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
|---|---|---|---|
| 14691150 | + EDI: WFFC.COM | Sep 16 2021 03:18:00 | Wells Fargo Financial, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | LSF10 Master Participation Trust |
| cr |  | UMB Bank, National Association, not in its individ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14691144 | ##+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor UMB Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust XII alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Christopher M. Frye | on behalf of Debtor Dorla O. Brooks chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Creditor LSF10 Master Participation Trust chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor UMB Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust XII mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor LSF10 Master Participation Trust smncina@rascrane.com |
| Thomas Song | on behalf of Creditor LSF10 Master Participation Trust pawb@fedphe.com |

District/off: 0315-2      User: dsaw      Page 3 of 3
Date Rcvd: Sep 15, 2021      Form ID: 309      Total Noticed: 24
TOTAL: 8