**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| DORLA O. BROOKS | Case No.: 17-23661 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/12/2017 and confirmed on 10/31/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 66,103.82 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 66,103.82 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,400.00 | |
| Trustee Fee | 3,451.76 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,851.76 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| UMB BANK NA - LEGAL TITLE TRUSTEE LV<br>Acct: 6008 | 0.00 | 30,300.50 | 0.00 | 30,300.50 |
| UMB BANK NA - LEGAL TITLE TRUSTEE LV<br>Acct: 6008 | 24,188.57 | 19,032.42 | 0.00 | 19,032.42 |
| QUANTUM3 GROUP LLC - AGNT AQUA FIN<br>Acct: 0014 | 0.00 | 0.00 | 0.00 | 0.00 |
| CALIFORNIA ASD (W BROWNSVILLE BORO<br>Acct: 2702 | 3,200.29 | 606.30 | 532.59 | 1,138.89 |
| WASHINGTON COUNTY TAX CLM BUREAU<br>Acct: 2702 | 0.00 | 0.00 | 0.00 | 0.00 |
| WASHINGTON COUNTY TAX CLM BUREAU<br>Acct: 2702 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A<br>Acct: 7827 | 3,999.42 | 3,999.42 | 251.04 | 4,250.46 |
| | | | | 54,722.27 |
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-23661 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   DORLA O. BROOKS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 5,012.61 | 0.00 | 0.00 | 0.00 |
|     Acct: 3741 | | | | |
|   UMB BANK NA - LEGAL TITLE TRUSTEE LV | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6008 | | | | |
|   UMB BANK NA - LEGAL TITLE TRUSTEE LV | 6,347.75 | 4,529.79 | 0.00 | 4,529.79 |
|     Acct: 6008 | | | | |
| | | | | 4,529.79 |
| Unsecured | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR V | 93.32 | 0.00 | 0.00 | 0.00 |
|     Acct: 6398 | | | | |
|   UNIONTOWN ANESTHESIA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0612 | | | | |
|   UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6565 | | | | |
|   WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 721.95 | 0.00 | 0.00 | 0.00 |
|     Acct: 3741 | | | | |
|   ORION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LLF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MPF MGT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRIDENT ASSET++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                    59,252.06

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 11,360.36 |
| SECURED | 31,388.28 |
| UNSECURED | 815.27 |

Date: 09/29/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com